# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 1:21-cv-00493 |
| v. § | |
| § | HON. MICHAEL J. TRUNCALE |
| LION ELASTOMERS, LLC, § § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Lion Elastomers, LLC (collectively referred to as "the Parties") provide notice of settlement and jointly ask the Court to approve and enter the agreed Consent Decree filed as an exhibit to this Motion.

In support of the Motion, the Parties would show the following:

1. The Parties have negotiated a resolution to this lawsuit that is memorialized in the proposed agreed Consent Decree that is EXHIBIT A to this Motion.

2. Plaintiff has alleged claims of hiring discrimination under the Americans with Disabilities Act, as amended ("ADA"). Defendant denies the claims in their entirety.

3. The entry of the Consent Decree will resolve to the satisfaction of the Parties all claims raised in this lawsuit. Additionally, the Consent Decree will further the purpose and objectives of the ADA. The Parties therefore request that the Court approve and enter the Consent Decree.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly and respectfully request the Court give effect to their settlement and enter the Consent Decree filed with this Motion.

Respectfully submitted,

**FOR PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**:

/s/ Claudia Molina-Antanaitis
Claudia Molina-Antanaitis
Maryland Bar No. 0212180252
U.S. Equal Employment Opportunity Commission
Houston District Office
1919 Smith St., 6th Floor
Houston, Texas 77002
Telephone: (346) 327-7711
Facsimile: (713) 651-7995
Email: claudia.molina@eeoc.gov

**FOR DEFENDANT LION ELASTOMERS, LLC:**

/s/ Teresa Valderrama (with permission)
Teresa Valderrama
Texas Bar No. 20422500
FISHER & PHILLIPS LLP
910 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 292-5616 [Direct]
(281) 467-7037 [Mobile]
tvalderrama@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement and Joint Motion to Enter Consent Decree and has been served on Defendant's Attorney-in-Charge, Teresa Valderrama, on June 26, 2023, by electronic transmission via the Court's ECF system.

/s/ Claudia Molina-Antanaitis
Claudia Molina-Antanaitis