IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMISSION, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 1:21-CV-00493 |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| LION ELASTOMERS, LLC, | § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO ENTER CONSENT DECREE

Before the Court is the Parties' Notice of Settlement and Joint Motion to Enter Consent Decree. [Dkt. 19]. After considering the Parties' joint motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that the Parties' Joint Motion to Enter Consent Decree [Dkt. 19] is hereby **GRANTED**. The Consent Decree proposed by the Parties, attached as Exhibit A to the motion, is hereby adopted by the Court and shall be filed into the record concurrently with this Order.

It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 7th day of July, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge